UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:20-CR-00059 |
| | ) | Judge Richardson |
| MYTERIUS NEELY, | ) | |
| | ) | |
| Defendant. | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, this Court entered a Preliminary Order of Forfeiture as to Defendant Myterius Neely extinguishing his interest in any firearm or ammunition involved in or used in a knowing violation of the 18 U.S.C. § 922(g) offense, including a CD Defense model PAK-9 9mm luger and any related ammunition (collectively "Subject Property").

WHEREAS, the United States Marshals Service served the Subject Property with the Preliminary Order of Forfeiture.

WHEREAS, pursuant to 21 U.S.C. § 853(n), public notification has occurred and all persons who appeared to be a potential clamant with standing were provided direct notice of the forfeiture pursuant to Fed. R. Crim. P. 32.2(a)(b)(6)(A).

WHEREAS, no petition has been filed, and the time for filing petitions asserting an interest in the Subject Property pursuant to 21 U.S.C. § 853(n) has expired.

**THEREFORE, IT IS HEREBY ORDERED** that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d) by 28 U.S.C. § 2461(c).

**IT IS FURTHER ORDERED** that all right, title and interest to the Subject Property has been extinguished as to the defendant and is now extinguished as to any third-party interest, and all right, title and interest to the Subject Property is hereby vested in the United States of America,

and the Subject Property shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**SO ORDERED** this 6th_ day of ___April_____ 2022.


_Eli Richardson_

HONORABLE ELI J. RICHARDSON
United States District Judge